No. 11–8265. SWIFT v. ALLEN. C. A. 5th Cir. Certiorari denied.

No. 11–8269. FLORES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–8302. ZACK v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 11–8319. RITTER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 11–8325. DEANE v. MARSHALLS, INC., ET AL. Sup. Ct. Va. Certiorari denied.

No. 11–8333. JOHNSON v. HORTON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–8366. HUGHES v. PFISTER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–8398. WILCHER v. DONAHOE, POSTMASTER GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8414. QUEEN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 11–8488. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

